| | | |
|---|---|---|
| **MICHAEL E. KUNZ**<br>Clerk | **UNITED STATES DISTRICT COURT**<br>Eastern District of Pennsylvania<br>U.S. Courthouse<br>Independence Mall West<br>601 Market Street<br>**Philadelphia, PA 19106** | Clerk's Office<br>Room 2609<br>Telephone<br>(215) 597-7704 |

October 13, 2004


Vivian T. Miller,
Clerk of Quarter Sessions Court
310 Criminal Justice Center
1301 Filbert Street
Philadelphia, PA 19107

> RE:   JAMES SAMPLE v. JOSEPH CHESNEY, et al.
>        01-cv-00697-EL
>
>        CP-9105-1745

To the Clerk:

     The above captioned case has now been disposed of, and we are
returning the State Court Record which was ordered to this Court by
the Honorable M. Faith Angell.

> Very truly yours,




> Kathryne M. Crispell,
> Deputy Clerk to Judge Edmund V. Ludwig

Encl.

cc:  Clerk of Court for filing
     Statistics

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please sign and return this letter as a receipt for the return of
the State Court Record.


> SIGNATURE:_____

> DATE: _____


Civ7 (10/93)